AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAR 17 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Shelby Taylor Wood (1), Elia Sanchez (2), John Daniel Cuvas (3), Eugene Patrick Cabello (4), Daniel Sanchez (5), Cristobal Trevin Reveles (6), & Basilli Basilio Garcia (7)<br>*Defendant(s)* | Case No.   SA-20- MJ-00424 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  **March 16, 2020**  in the county of  **Bexar**  in the  **Western**  District of  **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846, 841(a)(1) | Conspiracy to Possess with Intent to Distribute 500 Grams or More of Methamphetamine, a Schedule II Controlled Substance.<br><br>Punishment: 10 years to life imprisonment, 5 years minimum term of supervised release, $10M fine, $100 special assessment |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

_____
Complainant's signature

Jason Stallings, SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  **3/17/2020**

_____
Judge's signature

City and state:  **San Antonio, Texas**   ELIZABETH S. CHESTNEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### AFFIDAVIT



DEFENDANTS:

Shelby Taylor WOOD
Elia SANCHEZ
John Daniel CUEVAS
Eugene Patrick CABELLO
Daniel SANCHEZ
Cristobal Trevino REVELES
Basilli Basilio GARCIA

AFFIANT BACKGROUND:

I, Jason Stallings, am a Special Agent with the Drug Enforcement Administration (DEA) and have been so since November 1997. Previously I was employed with the Broken Arrow Police Department since October 1990. In 2010, I was assigned to the San Antonio District Office since July 1998 to the present. As a Special Agent with the Drug Enforcement Administration, I work to enforce federal laws pertaining to narcotics related investigations and/or violations. I have made numerous federal arrests for narcotics related violations which have resulted in successful prosecutions.

I have worked on numerous investigations and assisted other federal, state, and local law enforcement agents and officers in their investigations on cases involving violations of Title 21, United States Code, Section 841(a)(1), the manufacture of, distribution of and possession with intent to distribute controlled substances and Title 21, United States Code, Section 846, conspiracy to commit the foregoing. Specifically, those investigations have focused on the manufacture and distribution of marijuana, methamphetamine, heroin, pharmaceutical pills, and cocaine. I am familiar with, and have participated in, all of the conventional investigative methods, including, but not limited to, electronic surveillance, visual surveillance, questioning of witnesses, search warrants, confidential informants, pen registers, trap and trace, and the use of undercover agents. Through my training and experience, I have become acquainted with the identification of various controlled substances. I have also become acquainted with the various methods used by individuals to possess, transport, and sell controlled substances in violation of federal law.

During the course of being a Special Agent, I have participated in numerous investigations of illicit drug trafficking organizations. These investigations involved the use of confidential informants, wire and physical surveillance, telephone toll analysis, investigative interviews, and the service of search and arrest warrants. These investigations included the unlawful importation, possession with intent to distribute, and distribution of controlled substances, as well as the related laundering of monetary instruments, the conducting of monetary transactions involving the proceeds of specified unlawful activities, and conspiracies associated with criminal narcotics offenses, in violation of Title 21, United States Code, §§ 841(a)(1) and 846.

DETAILS OF ARREST:

On March 10, 2020, DEA Group D53 initiated a court authorized T-III targeting Shelby Taylor WOOD. On March 16, 2020, WOOD was intercepted on the T-III being asked to provide ten (10) kilograms of methamphetamine to two (2) CS's that were negotiating with WOOD. At approximately 4:03 p.m., court authorized T-III of Shelby WOOD's cellular telephone number (830)632-0228 intercepted a call between WOOD and Elia SANCHEZ (hereinafter SANCHEZ), who was utilizing cellular telephone number (210)899-9831. SANCHEZ asked if WOOD has the cash, and WOOD replied that he is going to meet up to get the cash. WOOD asked SANCHEZ where she wants to meet up and SANCHEZ says by her house and then tells WOOD to ask the guy if he wants some first or the ten (10). WOOD tells SANCHEZ that he wants the ten (10). SANCHEZ tells WOOD to call her once he gets closer because SANCHEZ would have to bring them (referring to the ten kilograms) over. WOOD concurs.

At approximately 4:05 p.m., WOOD contacted one of the CSs and advised that WOOD was going to drop off Basilli Basilio GARCIA, and then WOOD was going to go meet the source of supply to get the narcotics. At approximately 4:14 p.m., WOOD advised the CSs that he would meet them in the area of Loop 410 and Marbach Road, in San Antonio, Texas. At approximately 4:25 p.m., court authorized T-III of Shelby WOOD's cellular telephone number (830)632-0228 intercepted a call between WOOD and Elia SANCHEZ, who was utilizing cellular telephone number (210)899-9831. SANCHEZ tells WOOD that she has 3 or 4 of them right now. WOOD asks SANCHEZ if she has the other ones or not. SANCHEZ concurs. WOOD tells SANCHEZ that they want all ten (10) of them. SANCHEZ reiterates that she only has 3 with her. SANCHEZ asks if WOOD wants to take the ones SANCHEZ has right now. WOOD said he doesn't know, but he is going to ask the guy and adds that the guy wants all ten (10) of them. SANCHEZ tells WOOD that she only has 3 here and adds that SANCHEZ can meet up with them for the rest, that it is up to WOOD. WOOD tells SANCHEZ that he is going to call the guy right now. SANCHEZ concurs.

At approximately 4:50 p.m., surveillance agents were advised that WOOD wanted to meet the CSs in the 7000 block of West Military Drive. At approximately 4:58 p.m., Special Agent (SA) Jason Stallings observed the charcoal gray Chevy Tahoe bearing Texas tag #MST9257 parked at the Dunkin Donuts located at 7000 W. Military Drive. At approximately 5:05 p.m., surveillance agents observed the CSs arrive at the Dunkin Donuts and meet with WOOD. At approximately 5:10 p.m., court authorized T-III of Shelby WOOD's cellular telephone number (830)632-0228 intercepted a call between WOOD and Elia SANCHEZ, who was utilizing cellular telephone number (210)899-9831. WOOD tells SANCHEZ that it is good and SANCHEZ asks what is good. WOOD replies that the money. SANCHEZ asks if it is good money. WOOD concurs. SANCHEZ tells WOOD that she is going to see where SANCHEZ' people are. SANCHEZ tells WOOD that the guy is pulling up, then SANCHEZ says that she is going to check something real quick and states that no one is there. SANCHEZ asks WOODS if the guy is with WOOD right now. WOOD concurs. WOOD tells SANCHEZ that he wants the 3 and the rest later. SANCHEZ concurs. SANCHEZ tells WOOD to pull up at the house by the mailbox. WOOD concurs.

At approximately 5:16 p.m., surveillance agents observed the CSs vehicle leave the Dunkin Donuts with WOOD as a passenger. Surveillance agents also observed that the other CS stayed in WOOD's Chevy Tahoe in the driver's seat with an unknown passenger in the front passenger's

seat. A few minutes later, surveillance agents observed the CSs vehicle pull up to a residence, located on Westward in San Antonio, Texas and park in the front. Surveillance agents observed WOOD go into the residence. At approximately 5:32 p.m., surveillance agents were advised by the CS that WOOD was waiting for the three (3) kilograms of methamphetamine to get dropped off. Surveillance was also being supported by Department of Public Safety (DPS) air wing who was observing the activities at the residence at this time. DPS air wing advised that there were several subjects hanging out on the back porch area of this residence.

At approximately 5:41 p.m., court authorized T-III interception of Shelby WOOD's cellular telephone number (830)632-0228 intercepted a call between WOOD and Elia SANCHEZ, utilizing cellular telephone number (210)899-9831. SANCHEZ tells WOOD that he got lost that he is around the corner. WOOD concurs. Surveillance agents were advised by the CS that the CS was still waiting on someone to arrive with the three (3) kilograms of methamphetamine.

At approximately 5:43 p.m., DPS air wing observed an unknown male exit the residence wearing a red shirt talking on the cellphone and get into a black Chrysler 300 parked in the driveway and back out of the driveway. At approximately the same time, DPS air wing observed a female identified as SANCHEZ, exit the residence and get into a black Nissan 350z rag top and back out of the driveway and leave eastbound on Westward. The Chrysler 300 was observed pulling back into the driveway, and the subject in the red shirt went back to the residence.

Approximately a minute later, DPS air wing observed SANCHEZ, driving the Nissan 350z, pull back into the driveway behind the Chrysler 300 with a brown Chevrolet 1500 pickup truck. The Chevrolet truck parked in the street in front of the driveway. DPS air wing observed an unknown male subject, later identified as Cristobal Trevino REVELES, exit the truck carrying a red bag, which was later found to contain methamphetamine. After exiting the truck, REVELES was observed walking to the residence. At this time, agents approached the residence with clearly marked vests and detained the following subjects at the residence: Elia SANCHEZ, John Daniel CUEVAS, Eugene Patrick CABELLO, Daniel SANCHEZ, Cristobal Trevino REVELES and Shelby Taylor WOOD.

DPS air wing observed John Daniel CUEVAS running in the back yard and was observed throwing one (1) package of what was found to be methamphetamine in the back yard of the residence before he was detained.

DPS air wing observed Eugene Patrick CABELLO running in the back yard and was detained. A search of his person revealed a small purple baggie of methamphetamine.

DPS air wing observed Daniel SANCHEZ, Elia Sanchez' brother, was observed running in the back yard as well. He was also detained. After being advised of his Miranda rights, Daniel SANCHEZ claimed all the drugs at that location were his.

DPS air wing observed Cristobal Trevino REVELES running in the back yard and attempted to flee the area. He was detained by agents one block away. REVELES was the delivery driver of the Chevrolet truck.

DPS air wing observed Shelby Taylor WOOD running in the back yard and attempting to flee the area. He was also detained by agents one block over.

Elia SANCHEZ was detained at the residence.

At the same time, surveillance agents detained Basilli Basilio GARCIA at the Dunkin Donuts, still in WOOD's Chevy Tahoe in the front passenger seat. Task Force Officer (TFO) David Camacho stated that GARCIA made a spontaneous statement that GARCIA had introduced one of the CSs to WOOD in order to broker approximately fifteen (15) kilograms of methamphetamine for the CS.

Agents seized approximately 4.5 kilograms of crystal like substance which field tested positive for the presence of methamphetamine and two (2) firearms.

Jason Stallings
Special Agent
Drug Enforcement Administration

Sworn to before me on March 17, 2020, and finding probable cause supports the arrest of the Defendants.

ELIZABETH S. CHESTNEY
United States Magistrate Judge
Western District of Texas