AO 471 (12/03) (Rev. 03/06 WDTX) Order of Temporary Detention

**FILED**

**MAR 1 7 2020**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | **ORDER OF TEMPORARY DETENTION TO** |
| | § | **PERMIT REVOCATION OF CONDITIONAL** |
| vs. | § | **RELEASE, DEPORTATION OR EXCLUSION** |
| | § | |
| (2) Elia Sanchez | § | Case Number:  SA:20-M -00424(2) |
| *Defendant* | | |

I find that the Defendant:

[X]  is, and was at the time the alleged offense was committed:

    [X]  on release pending trial for a felony under federal, state or local law.

    [ ]  on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

    [ ]  on probation, supervised release, or parole for an offense under federal, state, or local law; or

[ ]  is not a citizen of the United States or lawfully admitted for permanent residence as defined at 8 U.S.C. § 1101 (a)(20).

I further find that the Defendant may:

[ ]  flee,  **and/or**  [ ]  pose a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail to and including

Friday, March 27, 2020 at 10:00 AM _____ , which is not more than ten days from the date of this Order, excluding Saturdays, Sundays, and holidays, at which time a **PRELIMINARY / DETENTION HEARING** will be held, before U.S. Magistrate Judge **HENRY J. BEMPORAD** in **Courtroom C**, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX.

      I further direct the attorney for the Government to notify the appropriate court, probation or parole official, or state or local law enforcement official, or the appropriate official of the Immigration and Naturalization Service so that the custody of the Defendant can be transferred and a detainer placed in connection with this case.

      If custody is not transferred by the above date, I direct the production of the Defendant before me on that date so that further proceedings may be considered in accordance with the provisions of 18 U.S.C. § 3142.

March 17, 2020 _____
        *Date*

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case No:  SA:20-M -00424(2) |
| | § | |
| (2) Elia Sanchez | § | |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

_____
**Date**

_____
**Date**

_____
**Defendant**

_____
**Name of Attorney for Defendant (Print)**

_____
**Signature of Attorney for Defendant**

6/7/2011 Waiver of Detention Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case No:  SA:20-M -00424(2) |
| | § | |
| (2) Elia Sanchez | § | |

## <u>WAIVER OF DETENTION HEARING</u>

At the initial appearance, the government requested that I be detained without bond pending trial pursuant to Title 18 U.S.C. Section 3142(f).

I am aware of my right to a detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure my appearance in court and the safety of the community.  I know that if I waive my detention hearing, I will remain in custody pending trial. By signing this Waiver of Detention Hearing I acknowledge that I have no questions and understand my rights and the consequences of waiving those rights, and agree to be detained without bond pending trial.


_____            _____
**Date**                                               **Defendant**

                                                  _____
                                                  **Name of Attorney for Defendant (Print)**

_____            _____
**Date**                                               **Signature of Attorney for Defendant**